JUDGE SPRIZZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - :

ALIOU NIASSE, a/k/a "Flavor Unit," :

Defendant. :

- - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

08 CRIM 202

COUNT ONE

The Grand Jury charges:

On or about June 28, 1999, and continuing thereafter, in the Southern District of New York and elsewhere, ALIOU NIASSE, a/k/a "Flavor Unit," the defendant, having been released on bail in connection with a charge of, and while awaiting sentence for, an offense punishable by imprisonment for a term of up to five years, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, NIASSE failed to appear before a United States District Judge in the matter of United States v. Aliou Niasse, 98 Cr. 858 (AGS), on June 28, 1999, or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(ii).)

Deputy FOREPERSON

MICHAEL J. GARCIA
United States Attorney



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALIOU NIASSE,
a/k/a "Flavor Unit,"

Defendant.

**INDICTMENT**

08 Cr.

(18, U.S.C. §§ 3146(a)(1) and (b)(1)(A)(ii).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

[signature]
Deputy Foreperson.

3/11/08 Filed Ind Post 11-1-07 A/W ordered. The case is assigned to Judge Sprizzo for all purposes.

[signature] Mag. Judge